# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN,<br><br>                    Petitioner,<br><br>     v.<br><br>MARGRET MIMS,<br><br>                    Respondent. | 1:11-cv-01601 MJS HC<br><br>ORDER WITHDRAWING ORDER TO SHOW CAUSE AND DENYING PETITIONER'S MOTION TO STAY WITHOUT PREJUDICE<br><br>[Docs. 7, 11] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the present petition on September 21, 2011. As documents served on Petitioner were returned as undeliverable, the Court ordered Petitioner to provide the Court with his current address or show cause why his Petition should not be dismissed.

On November 28, 2011, Petitioner filed a motion for stay or injunction. In it he indicated that he had been transferred several times since filing the petition and was then facing yet another transfer. The Court finds that the motion adequately responds to the Court's order and withdraws the order to show cause. Petitioner is, however, reminded that it is his continuing duty to keep the Court informed of his current address.

Petitioner's motion to stay the petition is denied without prejudice. Petitioner's transfer

1  to a new prison is not sufficient justification to stay the proceeding. In any event, Petitioner is
2  not required to take any action in this case until Respondent files an answer, and she has not
3  yet done so. If Petitioner requires additional time to respond to the answer once filed, he may
4  request extensions of time from the Court.
5      For these reasons, Petitioner's motion to stay the proceeding is DENIED without
6  prejudice. (ECF No. 11.)

9  IT IS SO ORDERED.
10 Dated:   December 9, 2011            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE